IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARCUS LOUIS WADE, | |
| Plaintiff. | |
| VS. | |
| Warden MARTY ALLEN, *et al.*, | NO. 7:13-CV-61 (HL) |
| Defendants. | **O R D E R** |

Plaintiff **MARCUS LOUIS WADE**, an inmate at Valdosta State Prison, filed a civil rights complaint under 42 U.S.C. § 1983. He now moves for voluntary dismissal of this action (Doc. 17).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Accordingly, Plaintiff's request that this action be dismissed is hereby **GRANTED** and the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 21st day of August, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr