IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MARCUS LOUIS WADE,

        Plaintiff.

VS.

Warden MARTY ALLEN, *et al.*,

        Defendants.

NO. 7:13-CV-61 (HL)

**O R D E R**

Plaintiff **MARCUS LOUIS WADE**, an inmate at Valdosta State Prison, filed a civil rights complaint under 42 U.S.C. § 1983. He now moves for voluntary dismissal of this action (Doc. 17).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Accordingly, Plaintiff's request that this action be dismissed is hereby **GRANTED** and the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 21st day of August, 2013.

        *s/ Hugh Lawson*
        HUGH LAWSON
        UNITED STATES DISTRICT JUDGE

cr